IN THE SUPREME COURT OF THE STATE OF DELAWARE

DAVID G. HAMILTON, § 
§ No. 172, 2020
Defendant Below, §
Appellant, §
§
v. § Court Below–Superior Court
§ of the State of Delaware
STATE OF DELAWARE, §
§ Cr. ID No. 0606004087 (K)
Plaintiff Below, §
Appellee. §

Submitted: August 11, 2020
Decided: August 19, 2020

**ORDER**

It appears to the Court that, on July 22, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant, David Hamilton, to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. Hamilton received the notice to show cause, as evidenced by the return receipt that was filed with the Court on July 30, 2020. A timely response to the notice to show cause was due on or before August 10, 2020. Hamilton has not responded to the notice to show cause nor has he filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice